**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---------------------------------------------X

**LAUREL EGAN SANDLIN,** :

**Plaintiff,** :

**vs.** : **Civil Action No.** CA 08 134

**CIMINI & ASSOCIATES, INC., GEORGE CIMINI, DAVID CIMINI, ASHLEY CIMINI and CHAD CIMINI,**
**Defendants.** :

---------------------------------------------X

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND:

PLEASE TAKE NOTICE that Defendants Cimini & Associates, Inc., George Cimini, David Cimini, Ashley Cimini and Chad Cimini (collectively referred to as "Cimini") hereby serve notice of their removal of the above-entitled action to this Court and make the following showing in support of such removal:

## PLEADINGS AND PROCEEDINGS TO DATE

1. On or before December 10, 2007, an action was commenced in the Superior Court of the State of Rhode Island, County of Washington, entitled *Laurel Egan Sandlin v. Cimini & Associates, Inc., George Cimini, David Cimini, Ashley Cimini and Chad Cimini*, Civil Action No. WC07-812, by the filing of a Summons and Complaint, copies of which are attached hereto as Exhibit A.

2. Defendants were served with copies of the Complaint on March 26, 2008 at the corporate offices located in Westerly, Rhode Island. The foregoing Summons and Complaint

constitute all the process, pleadings, and orders received by the Defendants to date.

3. Defendants will have filed and served this Notice of Removal within 30 days of receipt of the Summons and Complaint. Accordingly this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b). To Defendant's knowledge, no further proceedings have occurred in state court.

**FEDERAL QUESTION JURISDICTION**

4. This Court has federal question jurisdiction over this action under the provisions of 28 U.S.C. § 1331, and the matter is removable pursuant to 28 U.S.C. § 1441 because the Complaint alleges, *inter alia*, that Cimini engaged in unlawful discrimination in violation of 29 U.S.C. §2601, *et seq.*, ("Family Medical Leave Act") (See Count Three of the Complaint -- ¶33); and further alleges that Cimini also did not pay Plaintiff for all hours worked and for overtime, in violation of 29 U.S.C. §§206, 207 ("Fair Labor Standards Act") (See Counts Five and Six of the Complaint -- ¶¶35, 36).

5. The Complaint also alleges State law claims against Cimini. Plaintiff alleges violations of R.I.G.L. § 42-87-1 *et seq.* ("Rhode Island Civil Rights with People with Disabilities Act") (See Count One); unlawful discrimination under R.I.G.L. §28-5-1 ("Fair Employment Practices Act") (See Count Two); unlawful discrimination under R.I.G.L. §28-48-1 ("Rhode Island Parental and Family Medical Leave Act") (See Count Four) ; and violations of the Rhode Island Minimum Wage Law (R.I.G.L. §28-12-1, *et seq.*) (See Counts Seven and Eight). This Court has supplemental jurisdiction over the State claims asserted in Plaintiff's Complaint pursuant to 28 U.S.C. § 1441(c).

6. This United States District Court for the District of Rhode Island is the federal district within which the above-described Superior Court case is pending.

7. As required by 28 U.S.C. § 1446(d), Defendants will notify the Superior Court,

Washington County, and all parties of this Notice of Removal by filing with the Superior Court a Notice of Filing of Notice of Removal. A copy of that notification, which will be sent to the Washington County Superior Court, is attached hereto as Exhibit "B".

**WHEREFORE**, The Cimini Defendants pray that the above action now pending against it in the Superior Court of the State of Rhode Island in and for the County of Washington, Civil Action No. WC-07-812, be removed therefrom to this Court.

Respectfully submitted,

CIMINI & ASSOCIATES, INC., GEORGE CIMINI, DAVID CIMINI, ASHLEY CIMINI AND CHAD CIMINI,
By their attorneys,

Anthony J. DiOrio (R.I. Bar No. 3419)
Rebecca McSweeney (R.I. Bar No. 4020)
Jackson Lewis LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
(401) 490-3444

Dated: April 15, 2008

**CERTIFICATE OF SERVICE**

This is to certify that on April 15, 2008, a copy of the foregoing document was served upon Plaintiff's attorney, V. Edward Formisano, Esq., Sinapi, Formisano & Company, 100 Midway Road, Suite 1, Cranston, Rhode Island 02920, by first-class mail, postage prepaid.

Rebecca McSweeney