# ENTRY OF APPEARANCE

**Anthony J. DiOrio** and **Rebecca McSweeney** hereby enter their appearance for the Defendants, Cimini & Associates, Inc., George Cimini, David Cimini, Ashley Cimini, and Chad Cimini in the above-named matter.

/s/ Anthony J. DiOrio (#3419)__
Anthony J. DiOrio

/s/ Rebecca McSweeney (#4020)
Rebecca McSweeney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| LAUREL EGAN SANDLIN, Plaintiff, | |
| vs. | C.A.No. 1:08-cv-134 |
| CIMINI & ASSOCIATES, INC., GEORGE CIMINI, DAVID CIMINI, ASHLEY CIMINI, and CHAD CIMINI, Defendant | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Defendants' Cimini & Associates, Inc., George Cimini, David Cimini, Ashley Cimini, and Chad Cimini Answer to Plaintiff's Complaint has been filed electronically and that it is available for viewing and downloading from the ECF system, this 16th day of April, 2008.

/s/ Anthony J. DiOrio (#3419)