**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---------------------------------------------------X

| | | |
|---|---|---|
| **LAUREL EGAN SANDLIN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **Civil Action No. 08-134** |
| | : | |
| | : | |
| **CIMINI & ASSOCIATES, INC., GEORGE CIMINI, DAVID CIMINI, ASHLEY CIMINI and CHAD CIMINI,** | : | |
| **Defendants.** | : | |

---------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cimini & Associates, Inc. ("Cimini") is a nongovernmental foreign corporate party. Cimini does not have any parent or subsidiary corporations, is closely held, and is not publicly traded.

Respectfully submitted,

JACKSON LEWIS LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3444

By: /s/ Anthony J. DiOrio (#3419)

Dated: April 16, 2008
Providence, Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LAUREL EGAN SANDLIN,** Plaintiff, | : | |
| vs. | : | **Civil Action No. 08-134** |
| **CIMINI & ASSOCIATES, INC., GEORGE CIMINI, DAVID CIMINI, ASHLEY CIMINI and CHAD CIMINI,** Defendants. | : | |

## Certificate of Service

The undersigned hereby certifies that Defendant's Rule 7.1 Statement has been filed electronically and that it is available for viewing and downloading from the ECF system, this 16th day of April, 2008.

/s/ Anthony J. DiOrio (#3419)