**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LAUREL EGAN SANDLIN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **Civil Action No. 08-143** |
| | : | |
| | : | |
| **CIMINI & ASSOCIATES, INC., GEORGE CIMINI, DAVID CIMINI, ASHLEY CIMINI and CHAD CIMINI,** | : | |
| **Defendants.** | : | |

## ENTRY OF APPEARANCE

The undersigned hereby formally enters her appearance as co-counsel for all Defendants.

Dated: April 15, 2008
Providence, Rhode Island

JACKSON LEWIS LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3444

By: /s/ Rebecca McSweeney (#4020)

ATTORNEYS FOR DEFENDANTS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LAUREL EGAN SANDLIN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **Civil Action No. 08-143** |
| | : | |
| | : | |
| **CIMINI & ASSOCIATES, INC.,** | : | |
| **GEORGE CIMINI, DAVID CIMINI,** | : | |
| **ASHLEY CIMINI and CHAD CIMINI,** | : | |
| **Defendants.** | : | |

**Certificate of Service**

The undersigned hereby certifies that Defendant's Entry of Appearance has been filed electronically and that it is available for viewing and downloading from the ECF system, this 16th day of April, 2008.

/s/ Rebecca McSweeney (#4020)