STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2007-0812 LAUREL EGAN SANDLIN V CIMINI & ASSOC

Filing Date: 12-10-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 04-15-2008

Plaintiff: LAUREL EGAN SANDLIN
ID: @10948555

Attorney: V. EDWARD FORMISANO

Defendant: CIMINI & ASSOCIATES INC
ID: @10948557
Defendant: GEORGE CIMINI
ID: @10948559
Defendant: DAVID CIMINI
ID: @10948560
Defendant: ASHLEY CIMINI
ID: @10948562
Defendant: CHAD CIMINI
ID: @10948563

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 12-10-2007 | COMPLAINT FILED | |
| 12-10-2007 | INITIAL FILING FEE | |
| 12-10-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCW36908. |
| 04-15-2008 | NOTICE OF REMOVAL | TO US DISTRICT COURT—CASE # CA 08 134<br>Affiliated: CIMINI & ASSOCIATES INC |
| 04-15-2008 | CASE REMVD TO US DISTRICT CT | |
| 04-15-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island