**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LAUREL EGAN SANDLIN,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 08-134ML** |
| | : | |
| **CIMINI & ASSOCIATES, INC.,** | : | |
| **GEORGE CIMINI, DAVID CIMINI,** | : | |
| **ASHLEY CIMINI, and CHAD CIMINI,** | : | |
| **Defendants** | : | |

**ASSENTED TO MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Now comes the Plaintiff and hereby moves for a continuance of the settlement conference scheduled for August 26, 2008 before U.S. Magistrate Judge Lincoln D. Almond. As grounds for this motion, the Plaintiff avers that she has personal issues that will impede her ability to attend the settlement conference.

Defendants have no objection to this Motion.

Based on the foregoing, the Plaintiff respectfully requests that this Court enter an Order continuing the settlement conference.

Plaintiff,
By her Attorneys,
Sinapi, Formisano & Co., Ltd.,

/s/ V. Edward Formisano

V. Edward Formisano (#5512)
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 (facsimile)

**CERTIFICATION**

I hereby certify that the within document has been electronically filed with the Court on this 25th day of August, 2008 and is available for viewing and downloading from the ECF system.

/s/ V. Edward Formisano